# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John W. Kowalski  
          <u>Debtor</u>

CHAPTER 13

BKY. NO. 16-17948 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Harley-Davidson Credit Corp, and index same on the master mailing list.

Re: Loan # Ending In: 7717

                                    Respectfully submitted,

                                    **/s/Denise Carlon, Esquire**  
                                    Denise Carlon, Esquire  
                                    Thomas Puleo, Esquire  
                                    KML Law Group, P.C.  
                                    701 Market Street, Suite 5000  
                                    Philadelphia, PA 19106-1532  
                                    (215) 627-1322  FAX (215) 627-7734