United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17948-elf
John W. Kowalski                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia              Page 1 of 1              Date Rcvd: Jan 04, 2017
                                Form ID: pdf900             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.
```
db            +John W. Kowalski,    3521 Germantown Pike,    Collegeville, PA 19426-3105
13822821       American Express Centurion,    PO Box 1270,    Newark, NJ 07101-1270
13841701       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
13822822       Bucks County Tax Claim Bureau,    55 East Court Street,    Doylestown, PA 18901-4331
13822823      +Harley Davidson,    PO Box 9013,    Addison, TX 75001-9013
13829079      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jan 05 2017 02:19:17     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 05 2017 02:19:15     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13829946       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 05 2017 02:19:02
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Harley-Davidson Credit Corp
               bkgroup@kmllawgroup.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor John W. Kowalski msbankruptcy@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  JOHN W. KOWALSKI,  :  Chapter 13
  :
  Debtor  :  Bky. No.  16-17948 ELF

# O R D E R   D I S M I S S I N G   C H A P T E R   1 3   C A S E

**AND NOW**, the Debtor having filed a Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), requesting dismissal of this case and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

Date: January 4, 2017

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**